IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA S. COMPTON                                                                 PLAINTIFF

v.                              4:06CV01265-WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                       DEFENDANT

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the final determination of the Commissioner and dismissing Plaintiff's complaint, with prejudice.

IT IS SO ORDERED this 8th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE