IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LINDA S. COMPTON                                                                                    PLAINTIFF

v.                                            4:06CV01265-WRW

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

## JUDGMENT

Pursuant to the Court's order entered in this matter this date, judgment is hereby entered affirming the final determination of the Commissioner and dismissing Plaintiff's complaint, with prejudice.

IT IS SO ORDERED this 8th day of February, 2008.


                                                                /s/Wm. R. Wilson, Jr.
                                                        UNITED STATES DISTRICT JUDGE